

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**RYAN C. RAMOS**<br><br>Defendant. | CASE NO. 2:24-CR-72<br><br>JUDGE Morrison<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Distribution and Receipt of Child Pornography)

1. Between approximately March 21 and March 22, 2021, in the Southern District of Ohio, the defendant, **RYAN C. RAMOS**, did knowingly distribute and receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: prepubescent minors engaged in genital-to-genital, oral-to-genital, and anal-to-genital sexual intercourse, masturbation, sadistic and masochistic abuse, and the lascivious exhibition of the genitalia and anus.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Possession of Child Pornography)

2. On or about July 20, 2023, in the Southern District of Ohio, the defendant, **RYAN C. RAMOS**, knowingly possessed matter, that is, digital image and video files stored on a various digital media devices, which contained one or more visual depictions that had been transported using any means and facility of interstate and foreign commerce, the production of such visual depictions having involved the use of pubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct.

**In violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

3. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

4. Upon conviction of any of the offenses alleged in this Information, the defendant, **RYAN C. RAMOS** shall forfeit to the United States:

    a. all matter containing visual depictions or child pornography and child erotica, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252; and

    b. all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252, including, but not limited to the following:

        i. An Apple iPad, Model A2378, bearing Serial Number HJ02M7T3HT, with a white keyboard, and its contents;

 ii. A Seagate 4TB external hard drive, bearing Serial Number NA9F69PH, and its contents;
 iii. A white Lexar 32GB USB thumb drive and its contents;
 iv. A Corsair thumb drive, bearing Serial Number 062416503536, and its contents;
 v. A Western Digital Passport external hard drive, bearing Serial Number WXH1E182AL38, and its contents;
 vi. A Western Digital Passport external hard drive, bearing Serial Number WXC1A25143PX, and its contents;
 vii. A PNY 32GB USB thumb drive, and its contents;
 viii. An Apple Macbook Pro, Model A1425, bearing Serial Number C02KVSYCDR53, with a black case, and its contents;
 ix. An Apple Macbook, bearing Serial Number C02P6D2WG3QD, with charger, and its contents;
 x. A Pnstaw 4GB USB thumb drive with a lanyard, and its contents;
 xi. A back Thermaltake desktop computer and its contents;
 xii. A Seagate 500 GB HDD hard drive, bearing Serial Number 6VER7SAC, and its contents;
 xiii. A silver Apple iPad, Model A1701 and bearing Serial Number DMPV99EMHP50, and its contents;
 xiv. An Amazon Kindle, Model SV98LN, with black case, and its contents;
 xv. A white Xbox One S, bearing Serial Number 272154764448, with cord and controller, and its contents;
 xvi. A black PNY 32GB USB thumb drive and its contents;
 xvii. A black Nintendo Switch, Model HAC-001, with dock and cord, and its contents;
 xviii. A white Sony PS4, Model CUH-115A, bearing Serial Number MB459452207, with cord and controller, and its contents;
 xix. A white Sony PS5, bearing Serial Number F32B01MKE11680314, with cord and controller, and its contents;

   xx. A grey Apple iPhone 13 Pro Max cellular telephone, bearing Serial Number W61R34WL34, and its contents; and

   xxi. A Western Digital external hard drive, bearing Serial Number WXG0A5979321, and its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

        **KENNETH L. PARKER**
        United States Attorney

        *[signature]*

        **EMILY CZERNIEJEWSKI** (IL 6308829)
        Assistant United States Attorney