IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

**NOTICE**

vs.

Case No. 2:23-cr-72

Judge Sarah D. Morrison

**RYAN C. RAMOS**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court  **COURTROOM # 132**
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard  **September 24, 2024, at 1:30 p.m.**
Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**

**\*\*The following schedule is established:**
(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum
shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing
range.
(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.
(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.

Sarah D. Morrison
**UNITED STATES DISTRICT JUDGE**

DATE:  August 9, 2024

s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF
United States Probation